UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALBERT P. MALVINO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-401 |
| | § | |
| PAUL A. DELLUNIVERSITA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be considered Defendant, PCI Coin Grading, Inc.'s Motion for Leave to File Cross-Claim. (D.E. 67). After due consideration, the Court GRANTS the Motion. The Clerk is instructed to file the Cross-Claim (D.E. 67-1) as an independent document on the docket of this Court.

ORDERED this 10th day of February, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE